UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Katherine S. Hayden
                                                        Crim. No. 08- 655
            v.                              :
                                                        ORDER
JULIO QUESADA                  :

This matter having been opened to the Court by Christopher J. Christie, the United States Attorney for the District of New Jersey (Brian L. Urbano, Assistant U.S. Attorney, appearing), in the presence of the defendant, Newton Hernandez, a/k/a Julio Quesada (Terrence Scott, Esq., appearing), for an order changing the caption of this matter to reflect the true name of the defendant, Newton Hernandez, and defendant having consented to the entry of this order, and good cause having been shown,

IT IS on this 17th day of September, 2008,

ORDERED that the name of the defendant in this matter shall be corrected from "Julio Quesada" to "Newton Hernandez, a/k/a Julio Quesada."

_____
HON. KATHERINE S. HAYDEN
United States District Judge